IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ANNIE NAGBE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO.: 1:15-cv-3163-RWS |
| DOLLY'S PERSONAL CARE HOME, ) | |
| INC. and CYNTHIA VINCENT, ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, the parties stipulate and agree to the dismissal of this case with prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted this 9th day of February, 2016.

*/s/ Paul J. Sharman*
Paul J. Sharman
Georgia Bar No.: 227207
THE SHARMAN LAW FIRM LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022
Telephone: (678) 242-5297
Paul@Sharman-Law.com

Counsel for Plaintiff

*/s/Christopher Stanton*
Christopher O. Stanton
Georgia Bar No. 675395
DEMING, PARKER, HOFFMAN,
CAMPBELL, & DALY, LLC.
4851 Jimmy Carter Blvd.
Norcross, Georgia, 30093
Telephone: (678) 924-4732
stantonc@deminglaw.com

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ANNIE NAGBE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO.: 1:15-cv-3163-RWS |
| DOLLY'S PERSONAL CARE HOME, ) | |
| INC. and CYNTHIA VINCENT, ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2016, a true copy of the JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was filed in the CM/ECF system which will provide email notice to all attorneys of record.

/s/ *Paul J. Sharman*
PAUL J. SHARMAN
Georgia State Bar No. 227207
The Sharman Law Firm LLC

11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Phone: (678) 242-5297
Fax: (678) 802-2129
Email: paul@sharman-law.com

2